UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ANDREW SOTO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R.T.C. GROUNDS, Warden,<br><br>　　　　Respondent. | Case No. 1:13-cv-02097-AWI-BAM-HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR LEAVE TO FILE A BELATED REPLY AND DEEMING THE REQUEST TO BE RESPONDENT'S REPLY (DOC. 21) |

　　　Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court is Respondent's request to file a reply nunc pro tunc, which the Court understands to be a motion for leave to file a belated reply to Petitioner's opposition to a pending motion to dismiss the petition.

　　　In view of the short time period permitted for replies in the governing scheduling order, the absence of any prejudice to either party, and the benefit of having the pending motion to dismiss fully

1

briefed, Respondent's motion for leave to file a belated reply is GRANTED, and Respondent's request (doc. 21) is DEEMED to be Respondent's reply.

IT IS SO ORDERED.

Dated: **August 1, 2014** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE